# COMPLAINT
# TO BE FILED UNDER SEAL