# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | Chapter 7 |
| DEPARTMENT 13, INC. | : | |
| | : | Bankruptcy No. 23-10691 (CTG) |
| Debtor | : | |
| | : | Re Dkn. 18 |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE STAY**

The Court enters this Order upon the Motion by Genghiscomm Holdings, LLC and Mr. Steve Shattil for an Order Granting Relief from the Automatic Stay as to the Texas Action, docket number 18 ("The Motion"). The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction to consider The Motion pursuant to 28 U.S.C. § 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(G). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Movant is hereby authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with The Motion.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. Bankruptcy Rule 4001(a)(3) is waived.

5. All parties preserve and reserve the right to make all arguments and claims without any party now agreeing to any such argument or claim.